IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON HENLEY,<br><br>       Plaintiff,<br><br>   v.<br><br>BAYER CORPORATION, et al.,<br><br>       Defendants<br>_____/ | No. C-10-1366 MMC<br><br>**ORDER DIRECTING PLAINTIFF TO SUBMIT CHAMBERS COPY OF MOTION TO REMAND** |

   On April 15, 2010, the above-titled action was reassigned to the undersigned.

   To facilitate the Court's review of the instant matter, the Court hereby DIRECTS plaintiff to submit forthwith a chambers copy of the motion to remand, filed April 12, 2010.[1]

   **IT IS SO ORDERED.**

Dated: April 16, 2010

MAXINE M. CHESNEY
United States District Judge

---

[1] The Court has received a chambers copy of all other filed documents.